*Ck # 1007 Nep # 150750* (handwritten)

# DIVIDENDS REMITTED TO THE COURT

Case Number 08-15807 - BAUR, TIM

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **American Express Bank FSB**<br>**c/o Becket and Lee LLP**<br>**POB 3001**<br>**Malvern PA 19355-0701**<br>   Unsecured Distribution<br>   #2004 | 000005 | 25.26 | 3.46 |
| ---------- Remittance Total --------------- | | 25.26 | 3.46 |

*Waldemar J. Wojcik* (signature)
Waldemar J. Wojcik, Trustee

FILED 2010 AUG 12 PM 12:49
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND