IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

151699

In re: CHK 1012

CHAPTER 7 CASE NO. 08-15807

TIM BAUR

JUDGE ARTHUR I. HARRIS

Debtor(s)

FILED 2011 JAN 13 PM 1:49 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

## TRANSMITTAL OF UNCLAIMED FUNDS

WALDEMAR J. WOJCIK, Trustee of this Estate, reports the following:

1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known address are:

SBC Yellow Pages (Claim #6)

SBC - AAS Bankruptcy Coordinator

100 E. Big Beaver

Troy, MI 48083

Replaces Ck. #1008 dated 7/7/10

Amount: $1,446.17

2. Your Trustee's Check No. 1012 for $1,446.17 payable to the Clerk of the U.S. Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

DATE:

*/s/ Waldemar J. Wojcik*

WALDEMAR J. WOJCIK, Trustee
526 Superior Avenue, Suite 1030
Cleveland, OH 44114
(216) 241-2628

Per 11 U.S.C. 347(a)